Donnie Knauls
2360 Cypress Avenue
Lemon Grove, CA 91945

FILED

07 NOV 21 PM 4: 15

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

## THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

'07 CV 2233 DMS. (NLS)

Donnie Knauls,                    )  Case No: _____
                                  )
              Plaintiff,          )  **Complaint to Action of Quiet**
                                  )  **Title**
           vs.                    )  **Title 5 USC section**
                                  )  **1635(a) Title12 CFR 226.23(D)(I)**
WMC MORTGAGE,                     )
                                  )
ASC/AMERICA'S SERVICING COMPANY   )
                                  )
MORTGAGE LENDERS NETWORK USA INC ,

COUNTRYWIDE HOME LOANS,


              Defendant(S)
_____

"Here comes the, Donnie Knauls, bringing this complaint/ Action

to Quiet Title/ Failure to Give Full Disclosure of Regulation Z

Truth and Lending Act and Predatory Lending. - Violation of HJR-

192, Failure to give consideration. Lis Penden.  This

controversy is over Three Hundred Thousand Dollars and it also

involves real property(S); located at **1320 HARBIN ROAD SW, Atlanta,**

**GA 30311, Loan #2020042841, LN# 1115013129 AND LN# 1115013130.**


**545 W. 115TH ST Los Angeles, CA 90044 Loan #0101928836**

2360 CYPRESS AVENUE,LEMON GROVE, CA 91945-Loan #0021862040 and LN# 11776325 Invasion of Regulation Z of the Truth in Lending ACT, Title 5 USC(a) Title 12 CFR 226.23 (D)(I).

## Failure to Give Full Disclosure Of
### Regulation Z Truth and Lending Act Title 5 USC section 1635(a) Title12 CFR 226.23(D) (I)

### Jurisdiction of the Court

The jurisdiction of this subject matter involves real property, Predatory Lending, constructive fraud, misinformation, failure to give full disclosure of contract, and other violations of Regulation Z of the Truth and Lending Act. In further notice of jurisdiction and judicial notice the, Donnie Knauls, reserves all rights, waiver of none ever. A claim of relief can only be granted under the Bankruptcy Reform Act and a certificate of rescission due to violations of the Truth in Lending Act. Jurisdiction pursuant to the Federal Tort Claim Act, which grants jurisdiction over subject matter of criminal elements, and the United States District Court has original jurisdiction pursuant to 28 U.S.C., Cal 251, scope and extent of jurisdiction of Federal Court and thus grounds, which governs jurisdiction and remedies under Title 42, 1983 and 1984 is operational under the color of State Law and offices. The original jurisdiction was granted to the United States District Court Common Law Jurisdiction by Article III, section 2; judicial power of the United States shall be vested in the Supreme Court by the Constitution for the united States of America. The Amendments without qualification petition relief upon the Constitution.

1

2                                  **Parties of Interest**

3           Plaintiff is, Donnie Knauls.

4           Defendant(s) are:

5     ASC/AMERICA'S SERVICING COMPANY POBox 10328 Des Moines, IA 50306

6     MORTGAGE LENDERS NETWORK USA INC,213 Court St. Middletown CT 06457

7     SHUFING,MORSE & ROSS,LLP 6259 Riverdale RD Riverdale, GA 30274

8     LITTON LOAN SERVICING,4828 Loop Central Drive, Houston, TX 77081

9     WMC MORTGAGE, 600 ANTON Blvd. Ste.1900 Costa Mesa, CA 92626

10    COUNTRYWIDE HOME LOANS,450 American ST. Simi Valley, CA 93065

11    AMC MORTGAGE SERVICES, PO BOX 11000, Santa Ana, CA 92711

12    FIRST RATE FUNDING-6910-A Miramar Rd STE.100 San Diego, CA 92121

13

14                                      **Fact**

15          In and around the years 2006 and 2007 agreement were made

16    between the, defendants listed above, and the Purchaser,

17    Donnie Knauls.  The Purchaser, Donnie Knauls **in good faith**

18    **signed the loan agreements but has since learned of the many**

19    **Predatory facets of the above listed loans by defendants (lack**

20    **of consideration, unjust profit, behind doors intra-trading etc**

21    **) which is to be brought forth in a jury trial in this United**

22    **States District Court, unless DEFENDANTS right the wrong by**

23    **giving a Reconveyance of said property forthwith**. Wherefore the

24    defendant and all parties of interest have **Failed to give full**

25    **disclosure of contract according to the Truth and Lending Act**

26    **and Regulation Z** and have currently been served.  Donnie Knauls

27    is awaiting the notice of full Reconveyance of the Deed of Trust

28

                          Action to Quiet Title Action   3

1  of said property by the President or Vice President of

2  ASC/AMERICA'S SERVICING COMPANY

3  MORTGAGE LENDERS NETWORK USA INC , SHUFING,MORSE & ROSS, LITTON

4  LOAN SERVICING, WMC MORTGAGE, COUNTRYWIDE HOME LOANS, AMC

5  MORTGAGE SERVICES, FIRST RATE FUNDING

6    The affirmative fact, due to the Predatory Practices and

7  Dishonor mentioned in the above and pursuant to our settlement

8  agreement and stipulations below, that any dishonor/ arguments

9  the purchaser/grantor can regain his/her rights and the original

10 Deed of Trust is rescinded in good faith herein and is invoking

11 herein the 3-year right of rescission clause due to the

12 following reasons:

13 The ultimate fact due to the Predatory, unethical and outrageous

14 business practices of the Defendant, DEFENDANTS and it's

15 Cohorts, Donnie Knauls, in his own stead, gives notice of

16 rescission of the Deed of Trust under the statutes of fraud and

17 also due to breach of agreement/dishonor of the administrative

18 process, in which Donnie Knauls requests defendant/ DEFENDANTS

19 to answer point for point under their full commercial liability

20 and under penalty of perjury and signed before a Notary an

21 answer of all the enclosed within 10 days of receipt of

22 ASC/AMERICA'S SERVICING COMPANY

23 MORTGAGE LENDERS NETWORK USA INC , SHUFING,MORSE & ROSS, LITTON

24 LOAN SERVICING, WMC MORTGAGE, COUNTRYWIDE HOME LOANS, AMC

25 MORTGAGE SERVICES, FIRST RATE FUNDING

26   A) this Quiet title And Notice of  Lis Penden for their County

27      Recorder or be subject to a full reconveyance of property

28

to the Donnie Knauls forthwith, and to fulfill the below

stipulations as well, due to their guilt in this matter:

The ultimate fact is that the DEFENDANTS are using all types of

Slander of the Petitioner, Donnie Knauls, and handle this instant

matter in a professional way and settling the instant matter with the

petitioner..

I, Donnie Knauls, give notice of the affirmative fact that there was

a commercial dishonor, for which I exercised my rights by using  the

guidelines of the United Nations Convention  therefore not only was

there invasion of the named Convention, but there was also an invasion

of Regulation Z of the Truth in Lending Act.. and **of discharge**

**according to UCC 3-603 ie: If tender of payment of an obligation to**

**pay an instrument is made to a person entitled to enforce the**

**instrument, the effect of tender is governed by the principles of law**

**applicable to tender of payment under a simple contract.** Otherwise

this means that there is no way for me to legally tender my debts, and

no-one can use House Joint Resolution-192 to discharge any debts or

obligations, public or private.  Due to this outrageous and unethical

behavior and business practice of these named DEFENDANTS, the public

at large is in jeopardy.  I, Donnie Knauls, bring forth this

information to the U.S. District Court for a possible Grand Jury

Review and possible indictments.


Domestic Mixed War- a mixed war is one which is made on one side

of public authority and the other by mere private person, (Black's Law

Dictionary 5th Ed. Page 1420).  War does not exist merely because of an

armed attack by Military forces of another nation until it is a

condition recognized or accepted by political authority of Government,

which is attacked either through an actual declaration of war or other

acts demonstrating such, criminally under Title 18, Section 4, civilly

under Title 42, Section 1983, 1985, 1986, position emphasis added:

(Suaser V. Sun Life Assure Co. Of Canada, D.C. 57 F Supp. 620, 621)

Mixed war is the disintegration of peace: Webster's states: "A

State of hostility, conflict, or antagonism, a struggle between

opposing forces," not necessarily open, violent, armed confrontations,

although a continued state of disrupted peace by any forced lead to

open armed conflict.

The named Respondents The President/ Vice President of

DEFENDANTSLLC & Wachovia Dealer Services did act in their private

capacity and are hereby accused of the following crimes against

humanity, and violation of the rights of the people of this California

Republic/ International Communities/ Universal Declaration of Human

Rights or obligation are secured, preserved or defined by the

Constitution, art.1 sec. 10.

Fraud–

Permitting shown and demonstrated acts of fraud and actively

participating in a scheming conspiracy of untruths and

misrepresentation to deceive those who entrusted themselves in dealing

in good faith, while specifically acting in deliberate bad faith

wherein such fraud was shown  (Cal. Penal Code sec. 532 18 USC 1001).

Conspiracy-

A confederation of two or more individuals who may not know each other but by their joint effort, commit some unlawful or criminal act. (Black's Law Dictionary).  Multiple officials, agents, and other persons named properly noticed by the attached commercial affidavit continue to raise revenue by fraud and extortion, theft of rights of Donnie Knauls and the general public at large.  (California Racketeering Act 18 USC 1961 et. Seq.)

Treason-

Treason is defined as the assault against the authority to which one owes allegiance.  It is one of three specific crimes named in the united States Constitution.  It requires that one commit an act of war against the Constitution or giving aid and comfort to an enemy, such clearly, action by government officer and such private officer who have privileged authority in Commerce by the Constitution, in specific connection to the above violations.  Malfeasance of office along with violating their oath of office and in the related connected activities here in as listed below is nothing short of Treason.

In addition to and along with the above cited crimes, the accuser's acting in concert with each other complete such acts as listed as follows:

Racketeering;

Is the combination of the above identified crimes.  Title 18 United States Codes Section 1961 (RICO) defines it as involving a host

of patterned criminal actions that includes but is not limited to an

act or threat of murder, kid napping, gambling, arson, and as in the

instant case, robbery, bribery, extortion, Fraud, slavery,

misrepresentation, etc..

      The explanation of crimes above stem from other hidden crimes

being forced upon the general public at large/ the People of this

California Republic and Georgia Republic and the International

Communities.  Such Crimes and this Affidavit of Information, is

registered in the overall context of the Bankruptcy of the United

States the, District of Columbia) as per Jurisdiction set forth In the

U.S. Constitution Article 1, section 8, clause 17, and 18 and Article

4, Section 3, clause 2) the United States Bankruptcy is a direct

result of the Federal Reserve act of Dec. 22, 1913, in which the

delegated authority of Congress to be Responsible for the Nation's

currency was unconstitutional and was clearly reiterated on march 17,

1993 on the floor of the House of Representatives by James Traficant,

Jr. (Ohio) addressing the House, it is recorded in the United States

Congressional Record, Wednesday, March 17, 1993, vol. 33 page HI303:

 "Mr. Speaker, we are here now in chapter 11, member of congress are

official trustees presiding over the greatest reorganization of any

bankrupt entity in world history.  The U.S. Government," he further

mentioned, "the U.S. attorney general the "permanent member" to the

Secretariat of the Interpol operation and the Secretary of the

Treasury , the "alternate permanent member" under article 30 of the

constitution , and regulation of Interpol 22 USC 263 (a), the agents

are required to renounce their allegiance to their respective

countries and expatriate consequently, all "public servant" official,

Congressmen, politician, Judges, attorney, law enforcement personnel,

the states and their various agencies are express agents of the

foreign principal.  Private Municipal Corporation in behalf of the

United States

This RICO enterprise should be subject to 28 USC sec 4 of the

commission of crimes cognizable by a court of the United States.

Title 18 USC sec 513 mentions: "Whoever makes, utters, or possesses a

counterfeited security of a State or political subdivision thereof or

of an organization, or whoever makes, utters, or possesses a forged

security of a state or political subdivision thereof, or organization

with intent to deceive another person, organization, or government

shall be fined not more than $250,000 or imprisoned not more than ten

(10) years or both."  Among securities defined at 18 USC sec 2311 is

included: "evidence" of indebtedness, which in a broad sense may mean

anything that is due and owing, which would include a duty,

obligation, or right of action.

### Waiver of Contractual Right

I, Donnie Knauls, shall not be deemed to have waived any right

under this agreement unless such waiver is given in writing and signed

by the Petitioner.  The failure of either party to enforce one or more

provisions of this agreement shall not be construed as a waiver or

limitation of that Party's right agreement.  No delay or omission on

the part of the Petitioner in exercising a right shall operate as

waiver of such right or any other right.  A waiver by the Petitioner of a provision of this agreement shall not prejudice or constitute a waiver of the Secured Party's right otherwise to demand strict compliance with that provision or any other provision of this agreement.  No prior waiver by Donnie Knauls nor any course of dealing between Donnie Knauls, and the Debtor, The President/ Vice President of the defendant company's, shall constitute a waiver of the Secured Party's rights or of Debtor obligations under this agreement as to future transactions, whenever the consent is required under this agreement, the granting of such consent by the Petitioner in one instance shall not constitute consent over the whole.

UCC 3-103 fraud, misrepresentation, duress, Estoppels, Bankruptcy, principal and agent law of contract.

UCC 3-103.  Duty to act in good faith requires honesty not dishonesty/ reasonable Commercial Standard of fair Dealing.

UCC 403.  Filing Public Record or upon Acceptance by Filing offer.

UCC 1-201 (11) offer/ consideration/ Acceptance

UCC 1-105 Territorial, Application of the act, practice, Power to choose, Application Law, choose law, conflict of Law.


**Payment of Three Million Dollars, U.S.D. $3,000,000.00**

**per each Defendant**


| Nature of Crime | Damage Penalty | Authority of Damage |
|---|---|---|
| Fraud | $10,000.00 | 18 USC 1001 |

2 counts theft of exemption          $5,000.00                    18 USC 872

from count 3 (felony) (18USC 2112) $250,000.00      18USC 3571, 3623

Conspiracy                            $10,000.00              18USC, 241

Racketeering (Criminal)              $25,000.00        18USC, 1963

Grand theft Larceny              $250,000.00 per day          18 USC 872

Racketeering (Civil Value) Whatever the actual damages are, that can

be proven, multiplied by 3, triple the damages.

$10,000.00 x 3 = $ 18 USC, 1964


100 Constitutional Violations

(Human Rights violation)              $9,250,000.00

partial table total

Racketeering civil penalties upon default - subtotal amount to

Be finalized.


        The affirmative fact, that I, Donnie Knauls, further have

reason to believe that the general public and the public at

large are in jeopardy due to these **Predatory and Unethical**

**business practices of Defendants and its Cohorts** and the

President and Vice President of **ASC/AMERICA'S SERVICING COMPANY**

**MORTGAGE LENDERS NETWORK USA INC , SHUFING,MORSE & ROSS, LITTON**

**LOAN SERVICING, WMC MORTGAGE, COUNTRYWIDE HOME LOANS, AMC**

**MORTGAGE SERVICES, FIRST RATE FUNDING willful refusal to give**

**full disclosure pursuant to Regulation Z of the Truth in Lending**

**Act that there is no real and Lawful Money and I am expecting**

**Relief under said act.**  This is the reason I, Donnie Knauls

honor the defendant's mutual administrative settlement agreement
herein and stipulations to have filed, a Quiet title Lis Penden,
under the rules of the common law, to test the Validity and let
the Jury make the Determination whether there is a Breach of
Contract between the Purchaser/Grantor and the Seller/Grantee.
The Quiet title is also to test whether there was a breach of
agreement or a breach of duty of DEFENDANTS to give full
Reconveyance of the property. And to Further Test the Validity
of whether the President/ Vice President of DEFENDANTS has the
right to enforce an acceleration clause that is on the deed of
trust, when the right of the 3 year rescission was dishonored by
DEFENDANTS, and when there is evidence that the defendant/
DEFENDANTS ever gave full disclosure nor acknowledged discharge
due to lawful tender and also among other things to be submitted
to the jury at trial, nor loaned anything of substance to Donnie
Knauls and, does DEFENDANTS deserve to lose their license to do
business as has so many other predatory lenders?

        The DEFENDANTS failed to respond within the 10 days as
requested or cancel the transaction and return the property
back. DEFENDANTS willfully failed to give full disclosure,
according to Regulation Z and the Truth and Lending Act, of
check book credit/ credit debit, a.k.a. letter of credit (bill
of credit) and they are requested herein also yet declined to
have an independent, certified accountant to review the lawful
money that was originally loaned to see if there was clean hands
in the above matter and consideration given.

1    The, Donnie Knauls further affirms and is informed that the
2    president/ vice president of DEFENDANTS continue to this day to
3    refuse to give satisfaction.
4
5                        **Statement of Cause**
6        The Donnie Knauls is further informed that the affirmative
7    fact is that the President/ Vice President of, DEFENDANTS and
8    cohorts, **also failed to disclose that the original loan was**
9    **created by a check book entry, which may be sold in the open**
10   **market as a promissory note with no consideration to the**
11   **plaintiff.**  The defendant further failed to disclose the
12   plaintiff would be converted into just a joint tenant for 30
13   years.
14
15       The, Donnie Knauls, in his own stead, rescinds the loan
16   contract due to constructive fraud and usury, and also due to
17   Predatory and Unethical business practices, and furthermore
18   demands a jury trial for relief.
19
20       **Judicial Notice of How a Claim of Relief Can be Granted**
21
22   A)    The , Donnie Knauls gives **Judicial Notice to the United**
23   **States District Court that relief can only be granted A)**
24   **Regulation Z of the Truth in Lending Act Title 5 USC Section**
25   **1635 (A) and the Title 12 CFR 226.23 (d)(I), 9th Circuit ruling**
26   **in Yamamoto v. Bank of New York, 329 F3d 1167. per Regulation Z**
27   **Action for rescission and Replevin is further Authorized Per**
28   **House Joint Resolution-192/ the Emergency Bankruptcy of 1933.**

**C) Under the Settlement agreement and the stipulations between the parties, Donnie Knauls and the President/ Vice President of** ASC/AMERICA'S SERVICING COMPANY

MORTGAGE LENDERS NETWORK USA INC , SHUFING,MORSE & ROSS, LITTON LOAN SERVICING, WMC MORTGAGE, COUNTRYWIDE HOME LOANS, AMC MORTGAGE SERVICES, FIRST RATE FUNDING.

Judicial Notice, the plaintiff Donnie Knauls, anticipates dishonor of the President/ Vice President of DEFENDANTS and its attorneys, to continue to dishonor via harassment of and by threatening of non-judicial foreclosure in state court, by an appointed trustee, even after notice of rescission according to this issuance of my contractual 3 year right of rescission which was also refused.

### Conclusion

Donnie Knauls, further anticipates that the President/ Vice President of DEFENDANTS will take no notice of administrative settlement agreement between the parties, in an attempt to cover up their predatory dealings and I hereby request an order for Reconveyance without Prejudice due to defendants failure to honor all the above and adjust the account.

### Prayer

1) Request to the Court that the President/ Vice President of DEFENDANTS honor the terms and conditions of the settlement agreement between the parties to **Stay of all predatory and**

liability under the penalty of perjury and sign a jurat or
record a full Reconveyance on the Deed of Trust in their County
Recorder and do whatever the District Court of the United States
deems to be proper and just.


## Verification

I, Donnie Knauls, attest and affirm that the above information
mentioned in this affidavit of truth / Quiet Title is true and correct
of the affirmative fact that there was a commercial dishonor, for
which I exercised my rights by using the guidelines of the United
Nations Convention, therefore not only was there invasion of the named
Convention, but there was also an invasion of Regulation Z of the
Truth in Lending Act.. and of the Uniform Commercial Code. This means
that there is no way for me to legally tender my debts, and No-one can
use House Joint Resolution-192 to discharge any debts or obligations,
public or private.  Due to this outrageous and unethical and unlawful
behavior and business practice of these named DEFENDANTS, the public
at large is in jeopardy is to the best of my knowledge and belief.

Dated: _11-21-07_          Henceforth Submitted, "Without Prejudice"

_Donnie Knauls_

Donnie Knauls, UCC 3-402

Action to Quiet Title Action  16

## THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

Donnie Knauls,

Plaintiff,

vs.

WMC MORTGAGE,

ASC/AMERICA'S SERVICING COMPANY

MORTGAGE LENDERS NETWORK USA INC ,

COUNTRYWIDE HOME LOANS,

Defendant(S)

07CV 2233 DMS (NLS)

NO._____

**DECLARATION OF SERVICE**

Person served:

U.S. District Court

Date served:

11-21-07

I, The undersigned declare                    that I am over the age of eighteen years and
not a party to this action; that I served the above named person the following documents:

Complaint to Action of Quiet
Title

Title 5 USC section
1635(a) Title12 CFR 226.23(D)(I)

in the following manner: (check one below)

1) _✗_ By personally delivering copies to the person served.

2) ___ By leaving, during usual office hours, copies in the office of the person served with the
who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid)
copies to the person served at the place where the copies were left.

3) ___ By leaving copies at the dwelling house, usual place of abode, or usual place of business
of the person served in the presence of a competent member of the household or a person
apparently in charge of his/her office or place of business, at least 18 years of age, who
was informed of the general nature of the papers, and thereafter mailing (by first-class
mail, postage prepaid) copies to the person served at the place where the copies were left.

4) ___ By placing a copy in a separate envelope, with postage fully prepaid, for each address
named below and depositing each in the U.S. Mails at San Diego, Ca on _____

US District
880 Front St San Diego, CA 92101

Executed on _11-21-07_, 2007 at San Diego, California

%JS 44 (Rev. 11/04)

## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

FILED

### I. (a) PLAINTIFFS

Donnie Knevls
Cypress Ave, Lemon Grove, CA 91945

07 NOV 21 PM 4: 25

CLERK, U.S. DISTRICT COURT CA
SOUTHERN DISTRICT OF CALIFORNIA

**DEFENDANTS** WMC Mortgage
600 Anton Blvd. Ste 100 Costa Mesa, CA

(b) County of Residence of First Listed Plaintiff  San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Los Angeles
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

BY _____ DEPUTY

(c) Attorney's (Firm Name, Address, and Telephone Number)

Same

Attorneys (If Known)

'07 CV 2233 DMS (NLS)

### II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

☐ 1  U.S. Government
      Plaintiff

☐ 2  U.S. Government
      Defendant

☐ 3  Federal Question
      (U.S. Government Not a Party)

☒ 4  Diversity
      (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                   and One Box for Defendant

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☒ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination |
| ☒ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

### V. ORIGIN   (Place an "X" in One Box Only)

☒ 1 Original
     Proceeding

☐ 2 Removed from
     State Court

☐ 3 Remanded from
     Appellate Court

☐ 4 Reinstated or
     Reopened

☐ 5 Transferred from
     another district
     (specify)

☐ 6 Multidistrict
     Litigation

☐ 7 Appeal to District
     Judge from
     Magistrate
     Judgment

### VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Title 5 USC Section 1635 (A)

Brief description of cause:
Regulation Z

### VII. REQUESTED IN
COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
   UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

### VIII. RELATED CASE(S)
IF ANY

(See instructions):

JUDGE

DOCKET NUMBER

DATE  11-21-07

SIGNATURE OF ATTORNEY OF RECORD  Donnie Knevls

FOR OFFICE USE ONLY

RECEIPT # 144763    AMOUNT $350    APPLYING IFP no  11/21/07    JUDGE _____    MAG. JUDGE _____

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 144763     — KD**

**November 21, 2007
16:26:15**

**Civ Fil Non-Pris**
USAO #.: 07CV2233
Judge..: DANA M SABRAW
Amount.:                    $350.00 CA


**Total—>  $350.00**


FROM: CIVIL FILING
      KNAULS, ET AL V. WMC MORT., ET
      07CV2233