Summons in a Civil Action (Rev 11/97)

# United States District Court FILED
## SOUTHERN DISTRICT OF CALIFORNIA

2008 JAN -3 PM 2:38

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: LNW

Donnie Knauls

vs

WMC Mortgage
Countrywide Home Loans
ASC (American Servicing Co.)
Mortgage Lenders Network USA, Inc

**SUMMONS IN A CIVIL ACTION**

Case No. 07 CV 2233 DMS (NLS)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Donnie Knauls
2360 Cypress St.
Lemon Grove, CA 91945

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

JAN 03 2008

W. Samuel Hamrick, Jr.
CLERK
K. HAMMERLY

DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)