FRANCIS J. CUNNINGHAM III, Bar No. 60900
DAVID S. BARTELSTONE, Bar No. 222891
CUNNINGHAM & TREADWELL
Warner Center Towers, Suite 840
21800 Oxnard Street
Woodland Hills, California 91367-3640
PH:  (818) 348-1112
FAX: (818) 340-6772
email: mail@ctlaw.cc

Attorneys for Defendant,
WMC MORTGAGE CORP.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE KNAULS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>WMC MORTGAGE; ASC/AMERICA'S SERVICING COMPANY; MORTGAGE LENDERS NETWORK USA INC; COUNTRYWIDE HOME LOANS<br><br>　　　　　　Defendants. | CASE NO. 07CV2233 DMS (NLS)<br><br>NOTICE OF DISMISSAL OF BANKRUPTCY PROCEEDING OF PLAINTIFF, DONNIE KNAULS |

　　　　PLEASE TAKE NOTICE that on January 10, 2008, the bankruptcy petition of plaintiff, Donnie R. Knauls, filed under Chapter 13 in the United States Bankruptcy Court for the Southern District of California, Case No. 07-06993-JM13, was **dismissed**.

　　　　A true and correct copy the "Notice of Entry of Order Dismissing Case and Vacating All Automatic Stays and Injunctions" is attached hereto as Exhibit "1".

Dated: January 25, 2008　　　　　　　　　　CUNNINGHAM & TREADWELL

　　　　　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　DAVID S. BARTELSTONE
　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　　　　　　　　　　　　　　　WMC MORTGAGE CORP.

1

NDT
Rev. 12/03

**United States Bankruptcy Court**
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

**Donnie R. Knauls**
2360 Cypress St.
Lemon Grove, CA 91945
xxx–xx–6244
*No Known Aliases*

Case number: 07–06993–JM13
Chapter: 13
Judge James W. Meyers

**Notice of Entry of Order Dismissing Case and Vacating All Automatic Stays and Injunctions**

RECEIVED
JAN 2 3 2008

To the Creditors of the above–named Debtor and Other Parties in interest:

Notice is hereby given that the Chapter 13 case for the above–named Debtor has been dismissed and all existing automatic stays related to this case are of no further force or effect.

Dated: 1/10/08

By order of the court:
Barry K. Lander
Clerk of the Bankruptcy Court



FILED
1/10/08

EXHIBIT 1

PROOF OF SERVICE<br>(1013a (3) CCP)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 21800 Oxnard Street, Suite 840, Woodland Hills, California.

On January 25, 2008, I served the foregoing document described as: **NOTICE OF DISMISSAL OF BANKRUPTCY PROCEEDING OF PLAINTIFF, DONNIE KNAULS** on the interested parties in this action:

( )   by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

( X )   by placing ( ) the original  (X) a true copy thereof enclosed in sealed envelopes addressed as follows:

Donnie Knauls
2360 Cypress Avenue
Lemon Grove, CA 91945

**(X) BY MAIL**
As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Woodland Hills, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

**( ) BY PERSONAL SERVICE**
On the above date, I delivered such envelope(s) by hand to the office(s) of the addressee.

Executed on January 25, 2008, at Woodland Hills, California.

(State)   ( )   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(Federal)   ( X )   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
KELLY ROOF