UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE KNAULS ) <br> ) <br> PLAINTIFF ) <br> ) <br> vs ) <br> ) <br> WMC MORTGAGE ) <br> ASC /AMERICAN SERVICING CO. ) <br> MORTGAGE LENDERS NETWORK USA, INC. ) <br> COUNTRYWIDE HOME LOANS. ) <br> ) <br> <u>DEFENDANTS</u> ) | CASE NO. 07-CV-2238 DMS |

### CERTIFICATE OF SERVICE

I, Timothy P. Cairns, hereby certify that on January 30, 2008, I caused a copy of the following document to be served on the following individual in the manner indicated thereon:

**SUGGESTION OF BANKRUPTCY IN RE: MORTGAGE LENDERS NETWORK USA, INC.**

_____
Timothy P. Cairns, Esquire (Delaware Bar No. 4228)

Mortgage Lenders Network USA, Inc.
Service List re: Knauls vs. MLN
Case No. 07-ca-2233
Document No. 132564.12
06 – Overnight Delivery
02 – Express Mail

**Overnight Delivery**
Donnie Knauls
2360 Cypress St.
Lemon Grove, CA  91945

**Overnight Delivery**
Shufing, Morse & Ross, LLP
6259 Riverdale Rd.
Riverdale, GA  30274

**Overnight Delivery**
Litton Loan Servicing
4828 Loop Central Drive
Houston, TX  77081

**Overnight Delivery**
WMC Mortgage
600 Anton Blvd., Suite 1900
Costa Mesa, CA  92626

**Overnight Delivery**
First Rate Funding
6910 A  Miramar Rd., Suite 100
San Diego, Ca  92121

**Express Mail**
AMC Mortgage Services
PO Box 11000
Santa Ana, CA  92711

**Express Mail**
ASC/America's Servicing Company
PO Box 10328
Des Moines, IA  50306