Sanford Shatz          State Bar No. 127229
Sandy_Shatz@Countrywide.com
5220 Las Virgenes Road, MS: AC-11
Calabasas, California 91302
Telephone:    (818) 871-6062
Facsimile:    (818) 871-4669

Attorneys for Defendant Countrywide Home Loans, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE KNAULS, | ) Case No.: 07-CV-2233-DMS (NLS) |
| Plaintiff, | ) Hon. Dana M. Sabraw |
| vs. | ) Courtroom: 10 |
| WMC MORTGAGE, ASC/AMERICA'S SERVICING COMPANY MORTGAGE LENDERS NETWORK USA INC, COUNTRYWIDE HOME LOANS, | ) NOTICE OF INTERESTED PARTIES |
| Defendants. | ) |

The undersigned, counsel for defendant Countrywide Home Loans, Inc. certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the court to evaluate possible disqualification or recusal.

1. Donnie Knauls – plaintiff

2. Countrywide Home Loans, Inc., a New York corporation, which is a wholly owned subsidiary of Countrywide Financial Corporation - defendant

3. WMC Mortgage - defendant

4. ASC/America's Servicing Company – defendant

5. Mortgage Lenders Network USA Inc. – defendant

|   |   |   |
|---|---|---|
| 1 | 6. | Shufing, Morse & Ross, LLP – defendant |
| 2 | 7. | Litton Loan Servicing – defendant |
| 3 | 8. | AMC Mortgage Services – defendant |
| 4 | 9. | First Rate Funding – defendant |
| 5 | 10. | Wachovia Dealer Services - unknown |

DATED: February 13, 2008                    By: _____
                                                SANFORD SHATZ
                                                Attorneys for Defendant
                                                Countrywide Home Loans, Inc.

s:\ss\lc\Knauls-C\state-int                  – 2 –

NOTICE OF INTERESTED PARTIES

**PROOF OF SERVICE**
(C.C.P. section 1013a(3))

STATE OF CALIFORNIA   )
                     )   SS.
COUNTY OF LOS ANGELES )

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 5220 Las Virgenes Road, MS: AC-11, Calabasas, California 91302.

On February 13, 2008, I served NOTICE OF INTERESTED PARTIES on all interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Donnie Knauls
2360 Cypress Avenue
Lemon Grove, California 91945

[X]   **(BY MAIL)** On February 13, 2008, I placed said envelopes for collection and mailing, following ordinary business practices, at the business offices of Countrywide Home Loans, Inc., at the address set forth above, for deposit in the United States Postal Service. I am readily familiar with the practice of Countrywide Home Loans, Inc. for collection and processing of correspondence for mailing with the United States Postal Service, and said envelopes will be deposited with the United States Postal Service on said date in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   **(BY OVERNIGHT DELIVERY)** On February ___, 2008, I placed said envelopes for collection and mailing, following ordinary business practices, at the business offices of Countrywide Home Loans, Inc., at the address set forth above, for deposit with Federal Express with delivery fees provided. I am readily familiar with the practice of Countrywide Home Loans, Inc. for collection and processing of correspondence for mailing with Federal Express, and said envelopes will be deposited with Federal Express on said date in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   **(BY HAND DELIVERY)**

[ ]   **(BY FACSIMILE)** On February ___, 2008, by use of facsimile machine number 818-871-4669, I served a copy of the within document(s) on the above interested parties at the facsimile numbers as indicated. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

I declare under penalty of perjury under the laws of the State of California, that the above is true and correct. Executed on February 13, 2008, at Calabasas, California.

_____
Desiree Rais