# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE KNAULS,<br><br>                      Plaintiff,<br>vs.<br><br>WMC MORTGAGE, ASC/AMERICA'S SERVICING COMPANY MORTGAGE LENDERS NETWORK USA INC, COUNTRYWIDE HOME LOANS,<br><br>                      Defendant. | CASE NO. 07CV2233-DMS (NLS)<br><br>**ORDER RE: ORAL ARGUMENT** |

    Pending before the Court are: (1) Defendant WMC Mortgage Corp ("WMC")'s motion to strike; (2) WMC's motion to dismiss; and (3) WMC's motion for an order requiring a more definite statement from Plaintiff. All three motions are currently set for hearing on March 7, 2008. The Court finds all three matters suitable for submission without oral argument pursuant to Local Civil Rule 7.1(d)(1). Accordingly, no appearances are required at this time.

**IT IS SO ORDERED.**

DATED: March 3, 2008

                                            HON. DANA M. SABRAW
                                            United States District Judge