# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED
08 MAR -6 AM 10: 22
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

*This space for Clerk's Office File Stamp*

TO: ☐ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE    Sabraw

FROM: C Puttmann,    Deputy Clerk    RECEIVED DATE: 3/5/2008

CASE NO.: 07cv2233 DMS NLS    DOCUMENT FILED BY: Plaintiff

CASE TITLE: Knauls v. WMC Mortgage et al

DOCUMENT ENTITLED: First Amended Complaint

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ |  | Supplemental documents require court order |
| ☐ |  | Default Judgment in sum certain includes calculated interest |
| ☑ |  | OTHER: Requires leave of court; Motion to Dismiss filed on 2/28/2008. |

Date forwarded: 3/5/2008

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☑ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: **DANA M. SABRAW**

Dated: March 6, 2008    By: KEP

cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

Donnie Knauls
2360 Cypress Avenue
Lemon Grove, CA 91945

**REJECTED**

# THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Donnie Knauls, | ) Case No: 07 CV 2233 DMS |
| Plaintiff, | ) (NLS) _____ |
| vs. | ) First AMENDED |
| | ) **Complaint to Action of Quiet** |
| WMC MORTGAGE, | ) **Title Title 5 USC section** |
| | ) **1635(a)Title12 CFR 226.23(D)(I)** |
| ASC/AMERICA'S SERVICING COMPANY | ) **LIS PENDIN** |
| | ) **Violation of GAAP** |
| MORTGAGE LENDERS NETWORK USA INC , | ) |
| COUNTRYWIDE HOME LOANS, | ) |
| Defendant(S) | |

"Here comes the, Donnie Knauls, bringing this <u>Amended</u> complaint/ Action to Quiet Title/ Failure to Give Full Disclosure of Regulation Z Truth and Lending Act and Predatory Lending. Violation of Generally Accepted Accounting Principles,Violation of HJR-192, Failure to give consideration. Lis Penden. This controversy is over Three Hundred Thousand Dollars and it also involves real property(S); located at **1320 HARBIN ROAD SW, Atlanta, GA 30311, Loan #2020042841, LN# 1115013129 AND LN# 1115013130. 545 W. 115TH ST Los Angeles, CA 90044 Loan #0101928836**

First AMENDED Action to Quiet Title Action  1