# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE KNAULS,<br><br>                      Plaintiff,<br>vs.<br><br>WMC MORTGAGE, ASC/AMERICA'S SERVICING COMPANY MORTGAGE LENDERS NETWORK USA INC, COUNTRYWIDE HOME LOANS,<br><br>                      Defendant. | CASE NO. 07CV2233-DMS (NLS)<br><br>**ORDER DENYING AMERICA'S SERVICING COMPANY'S MOTION TO DISMISS**<br><br>[Doc. 16] |

Pending before the Court is Defendant America's Servicing Company (ASC)'s motion to dismiss the complaint, filed February 28, 2008. On March 13, 2008, the Court granted co-defendant WMC Mortgage's motion to dismiss with leave to amend the complaint. (Doc. 19). On March 24, 2008, Plaintiff filed an amended complaint against all defendants including ASC. Accordingly, ASC's instant motion to dismiss the original complaint is denied as moot. The April 18, 2008 hearing on this motion is vacated.

**IT IS SO ORDERED.**

DATED: March 27, 2008

                                                    HON. DANA M. SABRAW
                                                    United States District Judge