1  FRANCIS J. CUNNINGHAM III, Bar No. 60900
   DAVID S. BARTELSTONE, Bar No. 222891
2  CUNNINGHAM & TREADWELL
   Warner Center Towers, Suite 840
3  21800 Oxnard Street
   Woodland Hills, California 91367-3640
4  PH:  (818) 348-1112
   FAX: (818) 340-6772
5  email: mail@ctlaw.cc

6  Attorneys for Defendant,
   WMC MORTGAGE LLC as successor-in-interest to WMC MORTGAGE CORP.
7

8
                    UNITED STATES DISTRICT COURT
9
                   SOUTHERN DISTRICT OF CALIFORNIA
10

11
   DONNIE KNAULS,                    )   CV NO. 07CV2233-DMS (NLS)
12                                   )
             Plaintiff,              )
13                                   )   PROOF OF SERVICE
      vs.                            )   (1013a (3) CCP
14                                   )
   WMC MORTGAGE; ASC/AMERICA'S       )
15 SERVICING COMPANY; MORTGAGE       )   Honorable Dana M. Sabraw
   LENDERS NETWORK USA INC;          )   Courtroom: 10
16 COUNTRYWIDE HOME LOANS            )
                                     )
17           Defendants.             )
                                     )
18

19     STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

20 STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

21     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and

22 not a party to the within action; my business address is 21800 Oxnard Street, Suite 840, Woodland

23 Hills, California.

24     On April 2, 2008, I served the foregoing documents described as:

25     1.    NOTICE OF MOTION AND MOTION OF WMC MORTGAGE LLC TO DISMISS
   PLAINTIFF'S AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH
26 RELIEF CAN BE GRANTED
   [F.R.C.P. Rule 12(b)(6)];
27
       2.    [PROPOSED] ORDER ON MOTION TO DISMISS AMENDED COMPLAINT;
28

                                          1

1      3.    REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF NOTICE OF MOTION AND MOTION OF WMC MORTGAGE LLC TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED;

    4.    NOTICE OF MOTION AND MOTION OF WMC MORTGAGE LLC FOR COURT ORDER REQUIRING MORE DEFINITE STATEMENT FROM PLAINTIFF [F.R.C.P. Rule 12(e)];

    5.    [PROPOSED] ORDER ON MOTION FOR ORDER REQUIRING MORE DEFINITE STATEMENT [F.R.C.P. Rule 12(e)];

    6.    NOTICE OF MOTION AND MOTION OF WMC MORTGAGE LLC TO STRIKE PORTIONS OF PLAINTIFF'S AMENDED COMPLAINT [F.R.C.P. Rule 12(f)]; and

    7.    [PROPOSED] ORDER ON MOTION TO STRIKE PORTIONS OF PLAINTIFF'S AMENDED COMPLAINT [F.R.C.P. Rule 12(f)]

on the interested parties in this action:

    (X)    by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

Donnie Knauls
2360 Cypress Avenue
Lemon Grove, CA 91945

Laura Davis Jones, Esq.
David M. Bertenthal, Esq.
James E. O'Neill, Esq.
Curtis A. Hehn, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
PO. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Attorneys for Mortgage Lenders Network

Sanford Shatz, Esq.
5520 Las Virgenes Road, MS: AC-11
Calabasas, CA 91302
Attorney for Countrywide Home Loans, Inc.

Laura J. Petrie, Esq.
Barry Gardner & Kincannon
A Professional Corporation
5000 Birch Street, Suite 420
Newport Beach, CA 92660
Attorneys for America's Servicing Company

/ / /

/ / /

/ / /

POS.PG.wpd | PROOF OF SERVICE

**(X) BY MAIL**

As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Woodland Hills, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

Executed on April 2, 2008, at Woodland Hills, California.

(Federal)   ( X )   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
KELLY ROOF