LAURA J. PETRIE, ESQ. (BAR NO. 182243)
BARRY GARDNER & KINCANNON
A PROFESSIONAL CORPORATION
5000 BIRCH STREET, SUITE 420
NEWPORT BEACH, CA 92660
PHONE: (949) 851-9111     FAX: (949) 851-3935

ATTORNEYS FOR AMERICA'S SERVICING COMPANY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE KNAULS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WMC MORTGAGE,<br>ASC/AMERICA'S SERVICING<br>COMPANY MORTGAGE LENDERS<br>NETWORK USA INC,<br>COUNTRYWIDE HOME LOANS,<br><br>　　　　Defendants. | Case No. 07CV2233-DMS (NLS)<br><br>DEFENDANT WELLS FARGO BANK NA dba AMERICA'S SERVICING COMPANY'S REPLY RE NON OPPOSITION TO MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(6) OR IN THE ALTERNATIVE MOTION FOR DEFINITE STATEMENT<br><br>Judge: Hon. Dana M. Sabraw<br><br>Date: May 23, 2008<br>Time: 1:30 p.m.<br>Room: 10 |

Defendant, AMERICA'S SERVICING COMPANY ("ASC") hereby submits the following Reply Brief in Support of It's Motion to Dismiss First Amended Complaint Pursuant to FRCP 12(b)(6) or in the Alternative Motion for Definite Statement.

///

///

1

I. **TO DATE, NO OPPOSITION BRIEF HAS BEEN FILED TO ASC' MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(6) OR IN THE ALTERNATIVE MOTION FOR DEFINITE STATEMENT**

ASC's Motion to Dismiss First Amended Complaint Pursuant to FRCP 12(b)(6) or in the Alternative Motion for Definite Statement ("Motion") was timely served on April 8, 2008. Based on the hearing date of May 23, 2008, Plaintiff's opposition brief was to be served on ASC's counsel no later than May 9, 2008. To date, this office has not received any opposition brief from Mr. Knauls to the Motion.

If Mr. Knauls files an opposition brief to ASC's Motion prior to the hearing date, it would be untimely, and would not allow sufficient time for ASC to properly prepare for the hearing or to draft a reply brief. Therefore, if an opposition brief is filed with the Court, it should not be considered by the Court in determining ASC's Motion because it was untimely filed and/or not served on ASC.

As such, ASC's Motion to Dismiss First Amended Complaint Pursuant to FRCP 12(b)(6) or in the Alternative Motion for Definite Statement should be granted in its entirety.

BARRY, GARDNER & KINCANNON
A Professional Corporation

Dated: May 16, 2008    By: _____
Laura J. Petrie, Esq.
Attorneys for Defendant,
WELLS FARGO BANK NA dba
AMERICA'S SERVICING COMPANY

H:\3651\0021\Pleading\non opp reply re motion to dismiss fac.wpd

DEFENDANT WELLS FARGO BANK NA dba AMERICA'S SERVICING COMPANY'S REPLY RE NON OPPOSITION TO MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(6) OR IN THE ALTERNATIVE MOTION FOR DEFINITE STATEMENT
07CV2233-DMS (NLS)

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 5000 Birch Street, Suite 420, Newport Beach, California, 92660.

On May 16, 2008, I served the foregoing document described as **DEFENDANT WELLS FARGO BANK NA dba AMERICA'S SERVICING COMPANY'S REPLY RE NON OPPOSITION TO MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(6) OR IN THE ALTERNATIVE MOTION FOR DEFINITE STATEMENT** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Donnie Knauls
2360 Cypress Avenue
Lemon Grove, CA 91945

Attorney for Defendant Countrywide Home Loans, Inc.
Sanford Shatz, Esq.
5220 Las Virgenes Road, MS: AC-11
Calabasas, CA 91302

Attorneys for Defendant
WMC Mortgage Corp.
Francis J. Cunningham III, Esq.
David S. Bartelstone, Esq.
Cunningham & Treadwell
Warner Center Towers, Suite 840
21800 Oxnard Street
Woodland Hills, CA 91367-3640

[X] (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Newport Beach, California. I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service pursuant to which practice the correspondence will be deposited with the U.S. Postal Service this same day in the ordinary course of business.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 16, 2008, at Newport Beach, California.

*/s/ Christina Valenzuela*
Christina Valenzuela

3