# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Donnie Knauls

V.

WMC Mortgage, ASC/America's Servicing Company, Countrywide Home Loans, Mortgage Lenders Network USA Inc

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   07cv2233-DMS-NLS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

All pending motions to dismiss are Granted. Because Plaintiff failed to correct many of the defects enumerated in the 3/13/07 order, the Court finds leave to amend would be futile. Plaintiff's amended complaint is therefore Dismissed with Prejudice. The remaining motions are Denied as moot.

| May 21, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/L Odierno
(By) Deputy Clerk
ENTERED ON May 21, 2008